UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| U.S. DEPARTMENT OF LABOR | ) | |
| | ) | |
|     Appellee, | ) | |
| | ) | |
| v. | ) | No. 25-3128 |
| | ) | |
| AMERICARE HEALTHCARE | ) | |
| SERVICES, INC; DILLI ADHIKARI | ) | |
| | ) | |
|     Appellants. | ) | |

**SECRETARY OF LABOR'S OPPOSED MOTION FOR EXTENSION
OF TIME TO FILE RESPONSE BRIEF**

Pursuant to Federal Rule of Appellate Procedure ("Fed. R. App. P.") 26(b), the Secretary of Labor ("Secretary") moves for an extension of time of 30 days, up to and including May 28, 2025, to file the Secretary's Response Brief in the above-captioned case, in which the only issue raised is the validity of regulations promulgated in 2013. In support of this request, the Secretary states the following:

    1. On March 20, 2025, this Court issued a briefing schedule providing that the Opening Brief of Americare Healthcare Services, Inc. and Dilli Adhikari ("Appellants") was due April 29, 2025, and the Secretary's Response Brief was due May 29, 2025.

    2. On March 24, 2025, Appellants filed their Opening Brief.

1

3. On March 27, 2025, in response to that early filing, this Court reset the briefing schedule. Pursuant to the new schedule, the Secretary's Response Brief is due April 28, 2025.

4. The Secretary is requesting a 30-day extension of time because of previously scheduled personal leave and competing deadlines. The lead counsel on this matter, who is responsible for the primary drafting of the Response Brief, has been on previously scheduled leave since March 24 and will not return until April 3. The Counsel for Appellate Litigation, who is the first-line supervisor responsible for reviewing the Response Brief, has previously scheduled leave from April 14 through April 21. Moreover, the Deputy Associate Solicitor, who is responsible for further review of the brief, has previously scheduled leave from April 23 through May 5.

5. Additionally, the undersigned counsel and the Deputy Associate Solicitor are assisting with preparing an anticipated reply brief, due to the District Court for the Western District of Louisiana on April 25, in *New Day Personal Care Services, Inc. v. Chavez-DeRemer*, No. 6:25-CV-00075, for which counsel are working together with the Department of Justice to seek dismissal on jurisdictional grounds of an Administrative Procedure Act challenge to the Department's 2013 Home Care Rule (the same rule at issue in this case). Both the undersigned counsel and the Counsel for Appellate Litigation are assisting a colleague in the Department of

Justice to prepare for an April 10, 2025 oral argument before the Third Circuit in *Sun Valley Orchards LLC v. Department of Labor*, No. 23-2608, defending the Department of Labor's authority in light of the Supreme Court's decision in *SEC v. Jarkesy*, 144 S. Ct. 2117 (2024), to issue regulations and administratively adjudicate actions under the Immigration and Naturality Act's H-2 visa program.

The Counsel for Appellate Litigation is additionally responsible for assisting colleagues in the Department of Justice with several cases challenging Department of Labor administrative decisions or final rules that present deadlines in the coming weeks: a response brief to a challenge to the Department of Labor's rule on employee or independent contractor classification under the FLSA is due to the Eleventh Circuit in *Warren v. Department of Labor*, No. 24-13505, on April 4; a motion to dismiss or, in the alternative, for summary judgment in a challenge to a Department of Labor administrative adjudication is due to the Eastern District of North Carolina in *Perdue Farms v. Department of Labor*, No. 24-594, on April 7; a hearing on a motion for a temporary restraining order and/or preliminary injunction in a challenge to a Department of Labor administrative adjudication will be held in the Northern District of Mississippi in *Nicholas Services, LLC v. Department of Labor*, No. 25-31, on April 11; a reply to the government's motion to dismiss or, in the alternative, for summary judgment in a challenge to an Department of Labor administrative adjudication is due to the Eastern District of North Carolina in

3

*Perdue Farms v. Department of Labor*, No. 24-477, on April 16 (this case is distinct from but related to the other *Perdue Farms* case cited above). The Deputy Associate Solicitor is additionally responsible for review of a responsive pleading to be filed by April 10 in the District for North Dakota in *North Dakota v. Department of Labor*, No. 1:24-cv-00256, a case in which the State of North Dakota alleges that it is entitled to sovereign immunity from an investigation by the Department and a Department ALJ's subsequent adjudication of a complaint filed by a State employee.[1]

4. The Secretary acknowledges that on March 31, 2025, Appellants filed a Motion to Expedite oral argument and decision in this case, contending they "have 'good cause' to seek expedition because they are unable to post an appeal bond to stay execution" of the district court's judgment awarding unpaid overtime compensation and liquidated damages due to 1,702 employees. Mot. to Expedite at 2. The Department has not indicated, however, that it will seek to immediately

---

[1] Conflicts in early May necessitate the full 30-day extension the Secretary seeks. The Counsel for Appellate litigation is responsible for assisting colleagues in the Department of Justice with other cases challenging Department of Labor administrative decisions or final rules that present deadlines in early May: opening briefs to a challenge to the Department of Labor's rule regarding the salary level for certain exemptions for under the FLSA is due to the Fifth Circuit in *Flint Avenue v. Department of Labor*, No. 25-10349, on May 5, and in *State of Texas and Plano Chamber of Commerce v. Department of Labor*, No. 24-40777, on May 6; and a reply to the government's a motion to dismiss or, in the alternative, for summary judgment in a challenge to an Department of Labor administrative adjudication is due to the Eastern District of North Carolina in *Perdue Farms v. Department of Labor*, No. 24-594, on May 12. Additionally, the undersigned counsel, who is assisting with the drafting of the Response Brief, has previously scheduled leave from May 5 through May 12.

4

enforce the district court's judgment. As Appellants acknowledge, *see* Mot. to Expedite at 3-4, the Department has indicated only that it will begin to seek post-judgment discovery to obtain evidence of Appellants' assets relevant to their ability or inability to pay the back wages and liquidated damages ordered by the district court. The Secretary has not yet issued any discovery requests and does not anticipate that Appellants would have completed responding to any such requests before May 28, 2025.[2]

5. This is the first extension of time the Secretary has sought of the deadline to file her Response Brief.

5. Counsel for the Secretary contacted counsel for Appellants regarding this motion; Appellants intend to object.

As such, the Secretary respectfully requests an additional 30 days, until May 28, 2025, to file the Secretary's Response Brief.

Dated: April 1, 2025

---

[2] Once briefing is complete, the Secretary does not oppose the prompt scheduling of oral argument or issuance of a decision in this appeal.

Respectfully submitted,

JONATHAN L. SNARE
Acting Solicitor of Labor

JENNIFER S. BRAND
Associate Solicitor
Fair Labor Standards Division

SARAH KAY MARCUS
Deputy Associate Solicitor
Fair Labor Standards Division

RACHEL GOLDBERG
Counsel for Appellate Litigation
Fair Labor Standards Division

LINDSEY ROTHFEDER
Senior Attorney

/s/ Amelia B. Bryson
AMELIA B. BRYSON
Senior Attorney
U.S. Department of Labor
Office of the Solicitor
200 Constitution Ave, NW,
Room N-2716
Washington, D.C. 20210
(202) 693-5336
bryson.amelia.b@dol.gov

<u>CERTIFICATE OF COMPLIANCE</u>

1. The undersigned certifies that this Opposed Motion for Extension of Time complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because the Motion contains 1130 words, excluding the parts of the Motion exempted by Fed. R. App. P. 27(d)(2) and Fed. R. App. P. 32(f).

2. The undersigned certifies that this Motion complies with the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it was prepared in proportionally spaced typeface using Microsoft Word for Office 365 in Times New Roman, 14-point font style.

Dated: April 1, 2025                    Respectfully submitted,

<u>s/Amelia B. Bryson</u>
AMELIA B. BRYSON
Senior Attorney
U.S. Department of Labor
Office of the Solicitor
200 Constitution Ave., NW,
Room N-27l6
Washington, D.C. 20210
(202) 693-5336

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 1, 2025, the foregoing Motion of the Secretary of Labor was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system, and that service on counsel of record will be accomplished by this system.

    Respectfully submitted,

    <u>s/Amelia B. Bryson</u>
    AMELIA B. BRYSON
    Senior Attorney
    U.S. Department of Labor
    Office of the Solicitor
    200 Constitution Ave., NW,
    Room N-27l6
    Washington, D.C. 20210
    (202) 693-5336