No. 25-3128

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Apr 3, 2025
KELLY L. STEPHENS, Clerk

| U.S. DEPARTMENT OF LABOR, | ) |
| Plaintiff - Appellee, | ) |
| v. | ) O R D E R |
| AMERICARE HEALTHCARE SERVICES, INC.; DILLI ADHIKARI, | ) |
| Defendants - Appellants. | ) |

The defendants appeal the grant of summary judgment to the Department of Labor on its claim that they violated the Fair Labor Standards Act. The defendants move to expedite oral argument and a decision; the Department takes no position on this motion. The Department moves for a 30-day extension of time to file its opening brief, and the defendants respond in opposition.

Upon review and consideration, the motion to expedite is GRANTED IN PART, insofar as upon the completion of briefing the appeal will be submitted to the court at the earliest practicable date that the court's schedule will permit. The determinations of whether and when any oral argument will be held are reserved to the merits panel to which this appeal will be assigned.

The Department's motion for a 30-day extension of time to file its principal brief is GRANTED. Briefing will be reset by separate letter. The parties are cautioned that further extensions of the briefing schedule will not be granted.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

*Kelly L. Stephens*
Kelly L. Stephens, Clerk