No. 25-3128

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

LORI CHAVEZ-DEREMER
Secretary of the United States Department of Labor,

Plaintiff-Appellee,

v.

AMERICARE HEALTHCARE SERVICES, LLC;
DILLI ADHIKARI,

Defendants-Appellants.

On Appeal from the United States District Court for the
Southern District of Ohio Eastern Division

**MOTION TO SUBMIT THE CASE ON THE BRIEFS OR
CONTINUE ARGUMENT DUE TO LAPSE IN APPROPRIATIONS**

Lori Chavez-DeRemer, Secretary of the United States Department of Labor ("Secretary") hereby requests that the oral argument scheduled in this case for October 22, 2025 be submitted on the briefs or continued. As grounds for this motion, the Secretary states as follows:

1. This case is currently scheduled for oral argument on October 22, 2025, and Lindsey Rothfeder is responsible for presenting argument on behalf of the

Secretary.

2. At the end of the day on September 30, 2025, appropriated funding for the Department of Labor and its subagencies lapsed. At this time, we do not know when Congress will restore funding.

3. As a result of the lapse in appropriations, Department of Labor attorneys in the Solicitor's Office (including the undersigned and Lindsey Rothfeder) are prohibited from doing work, even on a voluntary basis, "exceeding that authorized by law except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. This exception "does not include ongoing, regular functions of government the suspension of which would not imminently threaten the safety of human life or the protection of property." *Id*.

4. In light of the foregoing, the Secretary requests that the Court submit the case on the briefs or continue the oral argument scheduled in this case until a date at least 14 days after the restoration of funding for the Department.

5. I have communicated with counsel for Appellants and they oppose submitting the case on the briefs, but take no position on continuing the argument. Counsel informed the undersigned that Appellants-Defendants intend to file a response explaining their position.

WHEREFORE, the Secretary respectfully requests that the oral argument scheduled in this case for October 22, 2025 be submitted on the briefs or continued.

Respectfully submitted,

                               JONATHAN L. SNARE
                               Acting Solicitor of Labor

                               JENNIFER S. BRAND
                               Associate Solicitor

                               SARAH KAY MARCUS
                               Deputy Associate Solicitor

                               LINDSEY ROTHFEDER
                               Senior Attorney

                               AMELIA BELL BRYSON
                               Senior Attorney

                               <u>/s/ Rachel Goldberg</u>
                               Rachel Goldberg
                               Counsel for Appellate Litigation
                               U.S. Department of Labor
                               Office of the Solicitor
                               200 Constitution Avenue, N.W.
                               Room N-2716
                               Washington, D.C. 20210
                               Email: Goldberg.Rachel@dol.gov
                               (202) 693-5556

                               *Attorney for the Secretary of Labor*

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system on October 7, 2025. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Rachel Goldberg
RACHEL GOLDBERG
Counsel for Appellate Litigation

U.S. Department of Labor
Office of the Solicitor
200 Constitution Avenue, N.W.
Room N-2716
Washington, D.C. 20210
Email: Goldberg.Rachel@dol.gov
(202) 693-5556