**Video Argument, 3:00 P.M.**                                                          **Tuesday, December 16, 2025**

**Stranch, Bush, Davis**

**25-3128    U.S. Department of Labor v. Americare Healthcare Services, et al.**

U.S. Department of Labor                                                gvt    Lindsey Rothfeder

   **Plaintiff – Appellee**

                                          **V.**

Americare Healthcare Services, Inc., et al.                  ret    James R. Conde
                                                                                  *3 Minutes Rebuttal*

   **Defendants – Appellants**

*Karen Fultz, Courtroom Deputy*

Defendants appeal the grant of summary judgment to the Department of Labor on its claims that they violated the Fair Labor Standards Act.   (15 Minutes Per Side)