BOYDEN GRAY PLLC
800 CONNECTICUT AVENUE NW, SUITE 900
WASHINGTON, DC 20006
(202) 955-0620

January 20, 2026

Honorable Kelly L. Stephens
Clerk of the Court
U.S. Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

Re: Rule 28(j) Letter in *U.S. Department of Labor v. Americare Healthcare Services Inc., et al.*, No. 25-3128, concerning *Tennessee v. Becerra*, No. 25-162 (S. Ct.)

Dear Ms. Stephens:

The Department of Labor relied upon *Tennessee v. Becerra*, 131 F.4th 350 (6th Cir. 2025), to argue that *Coke*'s reasoning survives *Chevron*'s overruling in *Loper Bright*. Dkt. 22-1, at 28. The Supreme Court has now vacated *Tennessee* and ordered this Court to dismiss the case as moot. Ex. A (*citing United States v. Munsingwear, Inc.*, 340 U.S. 36 (1950)). The Supreme Court's vacatur "deprives" this "opinion of precedential effect." *O'Connor v. Donaldson*, 422 U.S. 563, 577 (1975); *see also Fialka-Feldman v. Oakland Univ. Bd. of Trs.*, 639 F.3d 711, 716–17 (6th Cir. 2011). The only relevant circuit precedent on this issue is *MCP No. 185*, 124 F.4th 993, 1002 (6th Cir. 2025). Because the very question presented the Supreme Court resolved in *Coke* is "[w]hether the Second Circuit erred in refusing to give deference under *Chevron*" to the 1975 rule,[1] *Coke*'s reasoning is no longer binding under a straightforward application of *MCP No. 185*.

---

[1] Question Presented, No. 06-593, https://www.supremecourt.gov/qp/06-00593qp.pdf.

Respectfully submitted,

*/s/ James R. Conde*
BOYDEN GRAY PLLC
800 Connecticut Avenue NW
Suite 900
Washington, DC 20006
(202) 955-0620
jconde@boydengray.com
*Counsel for Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF. All parties in this case are represented by counsel consenting to electronic service.

January 20, 2026

Respectfully submitted,

*/s/ James R. Conde*
BOYDEN GRAY PLLC
800 Connecticut Avenue NW
Suite 900
Washington, DC 20006
(202) 955-0620
jconde@boydengray.com
*Counsel for Appellants*

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Letter complies with Federal Rule of Appellate Procedure 28(j) because it contains 165 words, excluding the exempted portions, and complies with typeface requirements.

January 20, 2026

Respectfully submitted,

*/s/ James R. Conde*
BOYDEN GRAY PLLC
800 Connecticut Avenue NW
Suite 900
Washington, DC 20006
(202) 955-0620
jconde@boydengray.com
*Counsel for Appellants*