**U.S. Department of Labor**                Office of the Solicitor
                                            Washington, D.C.  20210



January 26, 2026

Kelly L. Stephens
Clerk of the Court
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

> **Re:    *U.S. Department of Labor v. Americare*, No. 25-3128**
> **Response to Rule 28(j) Citation of Supplemental Authority**

Dear Ms. Stephens:

Appellee the Secretary of Labor ("Secretary") writes in response to Appellants' January 20, 2026 letter concerning *Tennessee v. Kennedy*, No. 25-162, -- U.S. --, 2026 WL 135717 (Jan. 20, 2026) (Mem.), which vacated *Tennessee v. Becerra*, 131 F.4th 350 (6th Cir. 2025).

As Appellants stated, the Secretary cited this Court's now-vacated opinion in her response brief in this case. Specifically, the Secretary indicated that *Becerra* explained that *Loper Bright Enterprises v. Raimondo*, 603 U.S. 369 (2024), "cautioned litigants . . . that '[m]ere reliance on Chevron cannot constitute a special justification for overruling such a holding.'" 131 F.4th at 366 (quoting *Loper Bright*, 603 U.S. at 376). Dkt. 22-1 at 28.

Although the Supreme Court has vacated this Court's *Becerra* decision "with instructions to dismiss the case as moot," 2026 WL 135717, at *1, the quoted language from *Loper Bright* still, of course, stands.

The Secretary has already addressed Appellee's arguments regarding the relevance of *In re MCP No. 185*, 124 F.4th 993 (6th Cir. 2025), in her brief. Dkt. 22-1 at 27-29.

[signature on next page]

Sincerely,

/s/ Lindsey Rothfeder
LINDSEY ROTHFEDER
Senior Attorney
Office of the Solicitor
Fair Labor Standards Division
U.S. Department of Labor
200 Constitution Avenue, N.W.
Room N-2716
(202) 693-7052
Rothfeder.lindsey@dol.gov

Steven C. Hough,
  Principal Deputy Solicitor of Labor
Jennifer S. Brand, Associate Solicitor
Sarah Marcus, Deputy Associate Solicitor
Rachel Goldberg,
  Counsel for Appellate Litigation
Amelia B. Bryson, Senior Attorney

cc: All counsel (via CM/ECF)

2