No. 25-3128

# In the United States Court of Appeals for the Sixth Circuit

**U.S. DEPARTMENT OF LABOR,**
*Appellee-Plaintiff,*

**v.**

**AMERICARE HEALTHCARE SERVICES, INC; DILLI ADHIKARI,**
*Defendants-Appellants.*

On Appeal from the United States District Court for the
Southern District of Ohio, Eastern Division, 2:21-cv-5076

**UNOPPOSED MOTION TO FILE A PETITION FOR REHEARING IN EXCESS OF WORD-VOLUME LIMITATIONS**

Bruce C. Fox
Daniel McArdle Booker
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
525 William Penn Place,
Suite 1710
Pittsburgh, PA 15219
(412) 566-1500
bruce.fox@obermayer.com

Michael Buschbacher
James R. Conde
  *Counsel of Record*
Nicholas Cordova
Walker Fortenberry
BOYDEN GRAY PLLC
800 Connecticut Avenue NW
Suite 900
Washington, DC 20006
(202) 955-0620
jconde@boydengray.com

Pursuant to Federal Rule of Appellate Procedure 40(d)(3)(A), Appellants respectfully request that the Court increase the word-volume limit for their petition for panel rehearing and rehearing en banc from 3,900 to 5,900 words. Rule 40(d)(3)(A) set a default limit of 3,900 words but permits an increase if "the court … allows." Fed. R. App. P. 40(d)(3)(A). Appellants' request is timely, as their petition for rehearing is due May 18, 2026. *See United States Dep't of Lab. v. Americare Healthcare Servs., Inc.*, No. 25-3128, 2026 WL 891253 (6th Cir. Apr. 1, 2026); Fed. R. App. P. 40(d)(1). Counsel for Appellants conferred with counsel for Appellee, the U.S. Department of Labor, which does not oppose this motion.

There is good cause for the Court to allow a 2,000-word increase here. The panel decision for which Appellants seek rehearing is unusual because both the majority and concurring opinions uphold the Department of Labor rule that Appellants challenge based on legal theories that the Department did not clearly advance in the challenged rule, its briefs, or at argument. As a result, those legal theories have not been adequately briefed by any party to this case. Appellants need additional words to explain these two new legal theories, the arguments

1

underlying them, and why they conflict with Supreme Court and Circuit precedent and involve a question of extraordinary importance.

No less important, the legal theories that the panel majority and the concurring opinion put forward would have surprising implications that escaped the panel's attention and that warrant panel rehearing. Explaining these legal consequences will also require more words than the usual petition.

To properly address these important issues, Appellants respectfully request a word-volume limit of 5,900 words.

Dated: April 12, 2026

Respectfully submitted,

Bruce C. Fox
Daniel McArdle Booker
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
525 William Penn Place
Suite 1710
Pittsburgh, PA 15219
(412) 566-1500
bruce.fox@obermayer.com

/s/ James R. Conde
Michael Buschbacher
James R. Conde
  *Counsel of Record*
Nicholas Cordova
Walker Fortenberry
BOYDEN GRAY PLLC
800 Connecticut Avenue NW
Suite 900
Washington, DC 20006
(202) 955-0620
jconde@boydengray.com

# CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because it contains 281 words, excluding the portions exempted by Rule 27(a)(2)(B). This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure Rule 32(a)(5)–(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook and 14-point font.

Dated: April 12, 2026                    */s/ James R. Conde*
                                         James R. Conde

# CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. I further certify that all parties in this case are represented by counsel who are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: April 12, 2026                    /s/ *James R. Conde*
                                         James R. Conde