Case No. 25-3128

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

# ORDER

U.S. DEPARTMENT OF LABOR

     Plaintiff - Appellee

v.

AMERICARE HEALTHCARE SERVICES, INC.; DILLI ADHIKARI

     Defendants - Appellants

 

Upon consideration of the Appellant's motion to file an oversize petition,

The motion is hereby **DENIED.**

 

          **ENTERED BY ORDER OF THE COURT**
          Kelly L. Stephens, Clerk

Issued: April 15, 2026