| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 12, 2026

Mr. James R. Conde
Boyden Gray
800 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20006

   Re:  Case No. 25-3128
       *DOL v. Americare Healthcare Services, et al*
       Originating Case No. 2:21-cv-05076

Dear Mr. Conde,

  The Court issued the enclosed Order today in this case.

                Sincerely yours,

                s/Kelly Stephens
                En Banc Coordinator: Beverly
                Direct Dial No. 513-564-7077

cc: Mr. Daniel McArdle Booker
   Ms. Amelia Bell Bryson
   Ms. Rachel Goldberg
   Ms. Lindsey Rothfeder

Enclosure