**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

<table>
<tr><td>Kelly L. Stephens<br>Clerk</td><td>100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988</td><td>Tel. (513) 564-7000<br>www.ca6.uscourts.gov</td></tr>
</table>

Filed: June 22, 2026

Mr. Richard W. Nagel
Office of the Clerk
85 Marconi Boulevard
Suite 121
Columbus, OH 43215

> Re:   Case No. 25-3128, *DOL v. Americare Healthcare Services, et al*
> Originating Case No. 2:21-cv-05076

Dear Mr. Nagel,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Michelle

cc: Mr. Daniel McArdle Booker
 Ms. Amelia Bell Bryson
 Mr. James R. Conde
 Ms. Rachel Goldberg
 Ms. Lindsey Rothfeder

Enclosure

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

No: 25-3128

_____

Filed: June 22, 2026

U.S. DEPARTMENT OF LABOR

     Plaintiff - Appellee

v.

AMERICARE HEALTHCARE SERVICES, INC.; DILLI ADHIKARI

     Defendants - Appellants

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 04/01/2026 the mandate for this case hereby issues today.

 COSTS:  None